IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| COMMUNITY VOCATIONAL SCHOOLS OF NORTHEAST PENNSYLVANIA, INC., a Missouri corporation, individually and as the representative of a class of similarly-situated persons,<br><br>    Plaintiff,<br>v.<br><br>CBRE, INC., STEVEN T. ITALIANO and JOHN DOES 1-10,<br><br>    Defendants. | **CLASS ACTION**<br><br>**No. 2:13-CV-03806** |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(i), Plaintiff, COMMUNITY VOCATIONAL SCHOOLS OF NORTHEAST PENNSYLVANIA, INC., through its undersigned attorneys, hereby voluntarily dismisses this action without prejudice. Defendants have no objection to this dismissal. Each party to bear its own costs.

Respectfully submitted,

/s/ Brian J. Wanca
Brian J. Wanca
ANDERSON + WANCA
3701 Algonquin Road, Suite 760
Rolling Meadows, IL  60008
Telephone:  847-368-1500
Facsimile:  847-368-1501

Ann Caldwell
CALDWELL LAW OFFICE LLC
108 W. Willow Grove Avenue, Suite 300
Philadelphia, PA  19118
Telephone:  215-248-2030
Facsimile: 215-248-2031

Of Counsel:
Max G. Margulis, #24325MO
MARGULIS LAW GROUP
28 Old Belle Monte Rd.
Chesterfield, MO 63017
Telephone:  (636) 536-7022
Facsimile:  (636) 536-6652

## CERTIFICATE OF SERVICE

    I hereby certify that on January 7, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

                                          s/ Brian J. Wanca
                                          Brian J. Wanca